UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL WALKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2541** |
| **MALISE PRIETO, ET AL.** | **SECTION "I" (4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Michael Walker, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Walker's § 1983 Complaint filed against Malise Prieto, Betty Venturella, and Scott Gardner is **DISMISSED WITH PREJUDICE** as time-barred.

**IT IS FURTHER ORDERED** that Walker's requests for issuance of summons (**R. Doc. 4, 5, 6**) is hereby **DENIED**.

New Orleans, Louisiana, this 19th day of September, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE